UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDWARD OGLETREE                           CIVIL ACTION

VERSUS                                    NO: 19-11374

U.S. BANK HOME MORTGAGE                   SECTION: "S" (4)

ORDER AND REASONS

Before the court is defendant, U.S. Bank N.A.'s, **Motion to Dismiss** (Rec. Doc. 10). Plaintiff has not filed any opposition to the motion. Attempts by the court to reach the plaintiff by telephone to determine if he wished to oppose were unsuccessful, because the telephone number of record rings twice and drops without connecting. Further, it appearing to the court that the motion has merit,

**IT IS HEREBY ORDERED** that U.S. Bank N.A.'s **Motion to Dismiss** (Rec. Doc. 10) is **GRANTED** as unopposed.

New Orleans, Louisiana, this _8_ day of January, 2020.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE